DATE: 11/6/15 TO THE HONORABLE CLERK
OF
COURT OF CRIMINAL APPEALS

PD-0755-15

Ms. DEBRA SPISAK
SUPREM COURT BUILDING
201 W. 14th STREET, Rm 106
AustiN, TEXAS 78701

COA CASE NO. 02-14-00062-CR
PD-0755-15
Tr. Ct No. 1346624R

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk

RE: THE STATE OF TEXAS Vs. ROBERT RAMIREZ

Dear Ms.

Please find Enclosed the original and (1) Copy of the Following Document in the Above mentioned Cause: APPELLANT'S MOTION FOR OUT OF TIME FOR TO CONTINUE IN FORMA PAUPERIS FOR HIS P-D-R PETITION FOR DISCRETIONARY REVIEW APPLICATION DUE PROCESS.

Please File this and bring it to the attention of the SUPREME COURT.
Please return ONE File-stamped Copy directly to me at the address below And Thank you your assistance in this matter is greatly and very appreciated.

Respectfully Submitted PRO-SE

_Robert Ramirez_
SIGNATURE
_ROBERT Ramirez_
PRINT NAME

TDC# 1911664 DOB: 7/21/68

Partedge Unit
1400 F.m. 3452
PALESTINE, TEXAS 75863

1

THE STATE OF TEXAS

V.

ROBERT RAMIREZ
APPELLANT PRO-SE

COA CASE NO. 02-14-00062-CR
PD-0755-15
TR. Ct NO. 1346024R

APPELLANTS PRO-SE MOTION FOR OUT OF TIME: FOR TO CONTINUE IN FORMA PAUPERIS FOR HIS P-D-R PETITION FOR DISCRETIONARY REVIEW APPLICATION DUE PROCESS.

Came on this day for consideration, THE APPELLANT PRO-SE MOTION FOR OUT OF TIME FOR HIS CONTINUENCE FOR HIS DUE-PROCESS P-D-R APPLICATION FOR PETITION FOR DISCRETIONARY REVIEW. THE APPELLANT is asking this Honorable Court FOR RELIEF FOR this matter.

THEREFORE, THE APPELLANT PRAYS that this HONORABLE Court GRANTS this motion and order of applicant to said County for dispositod pursuant to this case.

Respectfully Submitted

Robert Ramirez PRO-se

11

## VERIFICATION OF UNSWORN DECLARATION

I, ROBERT RAMIREZ APPELLANT PRO-SE IN this Cause, State the following un der PERJURY: I AM a PRISONER # 1911664, currently Incarcerated in the Powledge Unit Falcility in the ANDERSON County, TEXAS. I AM duly qualified and authorized to all respects to make this Declaration. I have read the foregoing: APPELLANTS MOTION FOR OUT of Time FOR TO CONTINUE IN FORMA PAUPERIS FOR HIS P-O-R PETITION FOR DISCRETIONARY REVIEW Application Due Pross and declare that I have Personal Knowledge of the facts contained therin. and Said facts are TRue and Correct.

EXECUTED IN TARRANT County, TEXAS. Pursuant to ART. 132.001 et. seg. Texas C.P.R.C and 28 U.S.C.A §1746, on this 6 day of NOVEMBER 2015.

Respectfully Submitted
ROBERT RAMIREZ PRO-SE

TDC# 1911664 DOB: 7-21-68
Powledge Unit
1400 F.M. 3452
PALESTINE, TEXAS 75803

## CERTIFICATE OF SERVICE

I, ROBERT RAMIREZ hereby a true and Correct copy of mailing / Via First First- Class To JOE SHANNON JR DISTRICT ATTORNEY AT 401 W. BELKNAP ST in FORTWORTH, TEXAS 76196, on this 6 day of NOVEMBER of 2015.

Respectfully Submitted
ROBERT RAMIREZ PRO-SE

TDC# 1911664 DOB: 7-21-68
Powledge Unit
1400 F.M. 3452
PALESTINE, TEXAS 75803

iii

# HEARING ORDERER

BE it remember that on this _____ day of _____ of 20 _____ Com on to be considered the foregoing motion of the Appellants and after a plenary hearing the Court having considered this motion it is therefore Ordered that the aforesaid motion is hereby GRANTED / OR DENIED Done and ENTERED on this _____ day of _____ of 20 _____.

HONORABLE JUDGE PRESIDING

_____

Respectfully Submitted
Robert Ramirez     PRO-SE
Puntedge unit
1400 F.M. 3452
Palestine, Texas 75803

1V